**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01765-CV

## IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-54435-2011**

## ORDER

We **GRANT** the April 2, 2014 second motion of Sheri Vecera, Official Court Reporter for the 199th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before May 2, 2014. We caution Ms. Vecera that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE